| Attorney or Party without Attorney:<br>Alec Leslie<br>BURSOR & FISHER, P.A.<br>1330 Avenue of the Americas 32nd Floor<br>New York, NY 10019<br>Telephone No: 646.837.7150<br><br>Attorney For: Plaintiff | Ref. No. or File No.:<br>3688 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>In The United States District Court For The Eastern District Of New York | | |
| Plaintiff: S.R., individually and on behalf of all others similarly situated<br>Defendant: SATORI LASER CENTER CORP. | | |
| **PROOF OF SERVICE** | Hearing Date:   Time:   Dept/Div: | Case Number:<br>2:25-cv-01126-JMA-LGD |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet

3. a. Party served:    SATORI LASER CENTER CORP.
   b. Person served:   Orlenis Nuneo, Employee, Authorized to Accept Service, served under F.R.C.P. Rule 4.

4. Address where the party was served:   45 W 34th Street Room 201, New York, NY 10001

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Mar 05 2025 (2) at: 12:39 PM

6. **Person Who Served Papers:**
   a. Zanekee Pow   #2025772
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

3/7/25                                    [Signature]
(Date)                                    (Signature)



PROOF OF SERVICE

12801764
(401433)